No. 1306, Misc. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1318, Misc. MARTER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *Arthur K. Bolton,* Attorney General of Georgia, and *Marion O. Gordon* and *Mathew Robins,* Assistant Attorneys General, for respondent.

No. 1333, Misc. BEALE *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1335, Misc. FURTAK *v.* MANCUSI, WARDEN. County Ct., Wyoming County, N. Y. Certiorari denied.

No. 1369, Misc. FURTAK *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 480, Misc. WALLACE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Albert M. Horn* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Marion O. Gordon,* Assistant Attorney General, and *William R. Childers, Jr.,* Deputy Assistant Attorney General, for respondent.

No. 994, Misc. BRENT *v.* WHITE, WARDEN. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted on the basis of the dissents in *Schmerber* v. *California,* 384 U. S. 757. *Jack Greenberg, James M. Nabrit III,* and *Anthony G. Amsterdam* for petitioner. *Jack P. F. Gremillion* and *Ralph L. Roy* for respondent.